# UNITED STATES DISTRICT COURT
## District of Minnesota

Jose Armando Carbajal-Carbajal,

Petitioner,

v.

Todd M. Lyons, David Easterwood, Kristi Noem, Eric Tollefson, Pamela Bondi,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1108 LMP/DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Jose Armando C.-C.'s Petition for a Writ of Habeas Corpus (ECF No. 1) is **GRANTED** as follows:

1. The Court **DECLARES** that Jose Armando C.-C. is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2), and is instead subject to detention, if at all, pursuant to the discretionary provisions of 8 U.S.C. § 1226.
2. The Government is ordered to provide Jose Armando C.-C. with a bond redetermination hearing under 8 U.S.C. § 1226(a) on the merits of his release no later than February 18, 2026.
3. The Government is **ENJOINED** from moving Jose Armando C.-C. outside of the District of Minnesota prior to the required bond hearing.

4. If the Government does not provide Jose Armando C.-C. with a bond redetermination hearing as required by this Order, he must be immediately released from detention without conditions.

5. No later than February 19, 2026, the Government shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Jose Armando C.-C.'s release.

Date: 2/11/2026

KATE M. FOGARTY, CLERK